**FILED**

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0376

John Doubek
DOUBEK, PYFER & STORRAR
PO Box 236
Helena MT 59624
Telephone: (406) 442-7830
Facsimile:  (406) 442-7839
john@lawyerinmontana.com

*Attorneys for Plaintiff*

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 20-0376

| | |
|---|---|
| KILA SHEPHERD,<br><br>                 Appellant,<br><br>    v.<br><br>STATE OF MONTANA, ex rel.<br>DEPARTMENT OF CORRECTIONS,<br><br>                 Appellee. | ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME TO FILE<br>APPELLANT'S INITIAL BRIEF |

The Appellant Kila Shepherd having filed her Motion for Extension of one week following the end of the quarantine period which would be October 14, 2020 by and through her attorney of record, John C. Doubek, and opposing counsel having agreed to such extension,

1

IT IS HEREBY ORDERED that Appellant Kila Shepherd shall have an extension of time to October 14, 2020 to file her Initial Appellant's Brief in this matter.

For the Court

_____

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 29 2020